## SCHEDULE A

| Date | Licensee | Use In | Fee |
|---|---|---|---|
| 12/30/2019 | American Broadcasting Companies, Inc | Kids Say the Darndest Things | $9,000.00 |
| 01/2020 | Leaplay Music (Simmons Beauty Rest) | Simmons | $15,000.00 (100% 6 months) |
| 05/25/2020 | Papa Johns | | $75,000.00 (all-in) |
| 08/01/2020 | Leaplay Music (Simmons Beauty Rest) | Simmons | $10,000.00 (100% for 3 months) |
| 2020 | Papa Johns | | $50,000 (1 month all in) or $85,000 (6 weeks all in ) |
| 2020 | FOX | The Masked Dancer | Amount to be determined at trial |
| 01/21/2021 | FOX | 9-1-1 Season 4 Episode 404 | $17,500.00 |
| 04/29/2021 | Discovery Communications, LLC | DISCOVERY/ANIMAL PLANET 2021 Preview | (Proposed fee)$1,500.00 |
| 8/05/2021 | NBCUniv006/25ersal | New Amsterdam | $22,500.00 (based on 100% of the composition) |
| 08/24/2021 | MTV | MTV CRIBS S18 | $1,500.00 (based on 100%) |
| 2021 | Paramount Pictures | JACKASS 4 | $60,000.00 |
| 10/20/2021 | FOX | THE RESIDENT | $17,500.00 (based on 100% of the composition) |

| | | | |
|---|---|---|---|
| 2021 | Mount Franklin Water | | $97,000.00 |
| 2021 | Truist Bank | | 250k / 150k ??? |
| 2021 | Air BNb | | $140,000.00 |
| 2021 | Dick's Sporting Goods | DSG X Twitch + Allison Spring Campaign 2023 | $60,000.00 |
| 03/16/2022 | Netflix | End of the Road (film working title) | 45,000 |
| 03/28/2022 | Universal Pictures | Easter Sunday Trailer | 75,000.00 (pro-rata) |
| 04/27/2022 | Madison Square Garden Entertainment | Radio City Rockettes | $750.00 (based on 100%) |
| 06/25/2022 | FX | Atlanta Season 4 Episode 410 | $17,500.00 (based on 100% control of the composition) |
| 07/07/2022 | Constantin Produktion GmbH | Film working title "Liebesdings" | 7000 (EUR) |
| 08/19/2022 | DISNEY | SATURDAYS (series) | (based on 100%) $18,000.00 |
| 09/2022 | Sony Pictures | AFTERPARTY Episode 201 (Apple TV) | $20,000.00 |
| 03/06/2023 | American Broadcasting Companies, Inc | ABBOTT ELEMENTARY | $29,700.00/ $140,000 |
| | McDonalds | | $60,000.00 |
| | SoFi Bank | | $38,000.00 |
| | Walmart | | $80,000.00 |
| | Cincinnati Bengals | | Amount to be determined at trial |
| | Mitsubishi | | Amount to be determined at trial |

- 3 -

|  | Chime |  | Amount to be determined at trial |
|--|-------|--|----------------------------------|
|  | Fox sports |  | Amount to be determined at trial |
|  | Heartland |  | Amount to be determined at trial |